## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: COURTNEY TAYLOR v Enova International Inc and HEADWAY CAPITAL LLC.

Case Number: 23-3874

An appearance is hereby filed by the undersigned as attorney for:
COURTNEY TAYLOR

Attorney name (type or print): Juneitha Shambee, Esq.

Firm: Shambee law office, Ltd.

Street address: 701 Main street, Suite 201A

City/State/Zip: Evanston/IL/ 60202

Bar ID Number: 6308145
(See item 3 in instructions)

Telephone Number: 7737413602

Email Address: juneitha@shambeelaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/20/2023

Attorney signature: S/ Juneitha Shambee
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015