UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COURTNEY TAYLOR, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ENOVA INTERNATIONAL INC., a Delaware registered corporation, and HEADWAY CAPITAL LLC, a Delaware registered company,<br><br>*Defendants*. | Case No. 1:23-cv-03874 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Taylor hereby provides notice of the dismissal of this action without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 13th day of September, 2023.   Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Juneitha Shambee Esq.
1426 Fowler Ave
Evanston, IL 60201
Telephone: (773) 960-2518

shambeelaw@gmail.com

Stefan Coleman
COLEMAN PLLC
66 West Flagler Sreet
Suite 900
Miami, FL 33130
(877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Class*